UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 2:16-CV-174 |
| | ) |
| JAMES WILDER, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

The United States of America, by and through Nancy Stallard Harr, Acting United States Attorney for the Eastern District of Tennessee, and on behalf of the U.S. Department of the Treasury, brings this action against the above-named defendant, showing this Court as follows:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1345.

2. The defendant resides in Hawkins County, Tennessee, and venue is proper in this Court pursuant to 28 U.S.C. § 1391.

3. The defendant executed one (1) promissory note to secure a HUD guarantee loan from the U.S. Department of Housing and Urban Development that was referred to the U.S. Department of the Treasury's Bureau of the Fiscal Service for collection in accordance with the Debt Collection Improvement Act of 1996, 31 U.S.C. § 3701 et seq. A copy of said note is attached hereto as Exhibit A.

4. The defendant is indebted to the plaintiff in the principal amount of $6,652.88, plus interest on this principal computed at the rate of 1.00 percent per annum (daily rate of $0.18), in the accrued amount of $910.12 as of February 26, 2016, plus Treasury and Department of

Justice fees in the amount of $2,740.00 and interest thereafter on this principal at the rate of 1.00 percent per annum from this date until the date of judgment. A copy of the Certificate of Indebtedness evidencing this indebtedness is attached hereto as <u>Exhibit B</u> and is incorporated as if fully set forth herein.

5. Demand has been made upon the defendant by the plaintiff for the sum due, but the amount due remains unpaid.

WHEREFORE, the plaintiff prays judgment against the defendant for the total of $10,303.00, plus interest at 1.00 percent per annum on the principal of $6,652.88 that has accrued from February 26, 2016, to the date of judgment, plus costs. Plaintiff further demands, pursuant to 20 U.S.C. § 1961, that interest on the judgment be at the legal rate until paid in full. Notice is hereby given to the defendant that the plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action from any debt accruing.

        Respectfully submitted,

        NANCY STALLARD HARR
        Acting United States Attorney

By: *s/Kenny L. Saffles*
     Kenny L. Saffles (BPR #023870)
     Assistant United States Attorney
     800 Market Street, Suite 211
     Knoxville, TN 37902
     Kenny.Saffles@usdoj.gov
     (865) 545-4167