UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 2:16-cv-174 |
| v. | ) | |
| | ) | Judge Mattice |
| JAMES WILDER, | ) | Magistrate Judge Corker |
| | ) | |
| *Defendant.* | ) | |

## ORDER

On March 8, 2017, United States Magistrate Judge Clifton L. Corker filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1). Neither party filed objections within the given 14 days. After reviewing the record, the Court agrees with Magistrate Judge Corker's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Corker's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1).

Accordingly, Plaintiff's Motion to Compel Post-Judgment Discovery (Doc. 10) is hereby **GRANTED**. Defendant James Wilder shall respond to Plaintiff's interrogatories and requests for production, without objection, on or before **April 19, 2017**. The Clerk of Court is **DIRECTED** to mail a copy of this order to Defendant at 219 South Fork Branch Road, Rogersville, TN 37857.

**SO ORDERED** this 29th day of March, 2017.

                                        */s/ Harry S. Mattice, Jr.*
                                        HARRY S. MATTICE, JR.
                                        UNITED STATES DISTRICT JUDGE