UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 2:16-cv-174 |
| v. ) | |
| ) | Judge Mattice |
| JAMES WILDER, ) | Magistrate Judge Corker |
| ) | |
| *Defendant,* ) | |
| ) | |
| and ) | |
| ) | |
| HOMELAND VINYL PRODUCTS, INC., ) | |
| ) | |
| *Garnishee.* ) | |

## **ORDER**

On September 10, 2018, Magistrate Judge Clifton Corker filed a Report and Recommendation (Doc. 45) pursuant to 28 U.S.C. § 636 and the standing orders of the Court. Magistrate Judge Corker recommended that the United States' Motion for Order of Continuing Garnishment (Doc. 44) be granted and the proposed Order of Continuing Garnishment (Doc. 44-1) entered. No objection has been filed to the Magistrate Judge's Report and Recommendation. Nevertheless, the Court has reviewed the record in this matter and agrees with the Magistrate Judge's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Corker's findings of fact and conclusions of law. Plaintiff's Motion (Doc. 44) is hereby **GRANTED** and a separate order of continuing garnishment will be entered.

**SO ORDERED** this 16th day of October, 2018.

                                                        */s/ Harry S. Mattice, Jr.*
                                                    HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE